### TIPTON v WILLEY

Ohio Appeals, 4th Dist, Gallia Co

Decided January 29, 1934

R. M. Switzer, Gallipolis, for plaintiff in error.

Henry W. Cherrington, Gallipolis, for defendant in error.

For full opinion see 40 OLR 233; 191 NE 804; 47 Oh Ap 236.